No. 50. SAMBOLÍN *v.* PORRATA.—Appeal from the District Court of Mayagüez. Decided December 1, 1903. Withdrawn on the request of the party appellant. *Mr. Monserrat,* for appellant. *Mr. de Diego,* for respondent.

---

No. 56. MÜLLENHOFF & KÖRBER *v.* ARGÜESO.—Appeal from the District Court of Humacao. Decided December 1, 1903. Withdrawn at the request of the party appellant. *Mr. Texidor,* for appellant.

---

No. 112. TORRES *v.* VALDECILLA.—Appeal from the District Court of Ponce. Decided December 1, 1903. Withdrawn at the request of party appellant. *Mr. Sarmiento,* for appellant. *Mr. Casalduc,* for respondent.

---

No. 32. MAYAGÜEZ ELECTRIC COMPANY *v.* CABANILLAS ET AL.—Appeal from the District Court of Mayagüez. Decided December 10, 1903. Withdrawn on motion of party appellant. *Mr. Amill,* for appellant.

---

No. 5. "CASA DE CARIDAD Y OFICIOS DE SAN ILDEFONSO" *v.* THE TREASURER OF PORTO RICO.—Application for a writ of mandamus. Decided December 16, 1903. Appeal abandoned by party appellant. *Mr. Acuña (Eduardo),* for plaintiff.